**John Willis ROACH, Plaintiff–Appellant**

v.

**MYERS PROPERTY RENTALS, LLC; Shaun Donovan, Secretary, United States Department of Housing and Urban Development; Executive Director Derek White, Harrison Housing Authority; County of Boone, State of** Arkansas; Doug Orien, Acting Under Secretary for the United States Department of Agriculture, Defendants–Appellees.

No. 14–3821.

United States Court of Appeals, Eighth Circuit.

Submitted: June 5, 2015.

Filed: July 1, 2015.

John Willis Roach, Yellville, AR, pro se.

Ricky Woods, Taylor Law Partners, Fayetteville, AR, Deborah Groom, Assistant U.S. Attorney, U.S. Attorney's Office, Kathryn A. Stocks, Jones & Jackson, Fort Smith, AR, for Defendant–Appellee.

Before SHEPHERD, BYE, and KELLY, Circuit Judges.

PER CURIAM.

John Willis Roach appeals the district court's [1] orders granting Federal Rule of Civil Procedure 12(b)(6) motions to dismiss his civil rights suit. After careful review, we find that dismissal for failure to state a claim was warranted. *See Hopkins v. City of Bloomington,* 774 F.3d 490, 491–92 (8th Cir.2014) (de novo review); *Topchian v. JPMorgan Chase Bank, N.A.,* 760 F.3d 843, 849 (8th Cir.2014) (pro se complaints must be liberally construed). The judgment of the district court is affirmed. *See* 8th Cir. R. 47B.

---

1. The Honorable Jimm Larry Hendren, United States District Judge for the Western District of Arkansas.